**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re:<br><br>NOREASTCO DOOR &<br>MILLWORK CO., INC.,<br><br>　　　　　Debtor. | Chapter 7<br>No. 05-11609-RS |

HOWARD GROSSER,
　　　Plaintiff

v.

STEPHEN C. LANG and NOREASTCO
DOOR AND MILLWORK, INC.
　　　Defendants

STONEHAM SAVINGS BANK
　　　Trustee

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1452**
**AND BANKRUPTCY RULE 9027**

NOTICE IS HEREBY GIVEN that John J. Aquino, the duly appointed Chapter 7 trustee (the "Trustee") of Noreastco Door And Millwork, Inc. (the "Debtor"), and a defendant in the above-captioned action, in accordance with 28 U.S.C. §1452 and Bankruptcy Rule 9027, hereby removes the above-captioned action in its entirety, Case No. 04-02667 (the "State Court Action") from Middlesex Superior Court ("Superior Court") to the United States Bankruptcy Court for the District of Massachusetts, Eastern Division. The Trustee further states as follows:

1. The Action was commenced on July 2, 2004 by Howard Grosser (the "Plaintiff"), and remains pending. That portion of the Action which seeks to establish claims against the Debtor and establish rights in property of the estate is stayed pursuant to the provisions of 11 U.S.C. §362.

2. This Court has jurisdiction over the Action pursuant to 28 U.S.C. §1334, as it is a civil proceeding arising under Title 11, or arising in a case under Title 11, or related o a case under Title 11 of the United States Code.

3. The Trustee believes that the Action is a core matter in that the allegations set forth in the Action fall within the purview of 11 U.S.C. §157(b)(2):

(B)   allowance or disallowance of claims against the estate or exemptions from property of the estate…;

(K)   determinations of the validity, extent, or priority of liens; and

(O)   other proceedings affecting the liquidation of the assets of the estate or the adjustment of the debtor-creditor or the equity security relationship…

4. To the extent that some or all of the Action may be determined to be non-core in nature, the Trustee consents to the entry of final orders and judgment by the Bankruptcy Judge.

5. This Notice is filed timely pursuant to the provisions of Bankruptcy Rule 9027.

6. A copy of this Notice will be filed promptly with the Clerk of the Middlesex Superior Court and served upon all parties to the Action.

7. A copy of the Complaint, Summons and all other pleadings filed in the Action are filed with the Bankruptcy Court contemporaneously herewith. Due to the voluminous

length of the pleadings, and in accordance with Rule 5 of the Massachusetts Electronic Filing Rules, the aforesaid copies have been submitted to the Clerk's Office separately. Attached hereto as Exhibit A is a copy of the Superior Court docket in the Action which identifies the pleadings.

    WHEREFORE, the Trustee hereby removes the Action to the United States Bankruptcy Court.

                        JOHN J. AQUINO
                        CHAPTER 7 TRUSTEE

                        By his counsel,

                        /s/ Donald F. Farrell, Jr.
                        Donald F. Farrell, Jr. (BBO 159580)
                        ANDERSON AQUINO LLP
                        260 Franklin Street
                        Boston, MA  02110
                        617-439-3500

Dated:  June 6, 2005

# EXHIBIT A

# Commonwealth of Massachusetts
# MIDDLESEX SUPERIOR COURT
# Case Summary
# Civil Docket

## Grosser v Lang et al

Details for Docket: MICV2004-02667

### Case Information

| | | | |
|---|---|---|---|
| Docket Number: | MICV2004-02667 | Caption: | Grosser v Lang et al |
| Filing Date: | 07/02/2004 | Case Status: | Needs discovery |
| Status Date: | 08/09/2004 | Session: | Cv time-stan 1 (Lowell) |
| Lead Case: | NA | Case Type: | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| TRK: | F | Discovery: | 04/28/2005 |
| Service Date: | 09/30/2004 | Disposition: | 08/26/2005 |
| Rule 15: | 11/29/2004 | Rule 12/19/20: | 11/29/2004 |
| Final PTC: | 06/27/2005 | Rule 56: | 05/28/2005 |
| Answer Date: | 11/29/2004 | Jury Trial: | NO |

### Case Information

| | | | |
|---|---|---|---|
| Docket Number: | MICV2004-02667 | Caption: | Grosser v Lang et al |
| Filing Date: | 07/02/2004 | Case Status: | Needs discovery |
| Status Date: | 08/09/2004 | Session: | Cv time-stan 1 (Lowell) |
| Lead Case: | NA | Case Type: | Goods sold/delivered under contract |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| TRK: | F | Discovery: | 04/28/2005 |
| Service Date: | 09/30/2004 | Disposition: | 08/26/2005 |
| Rule 15: | 11/29/2004 | Rule 12/19/20: | 11/29/2004 |
| Final PTC: | 06/27/2005 | Rule 56: | 05/28/2005 |
| Answer Date: | 11/29/2004 | Jury Trial: | NO |

## Parties Involved

5 Parties Involved in Docket: MICV2004-02667

| | | |
|---|---|---|
| Party Involved: | Role: | Defendant |

| | | | |
|---|---|---|---|
| Last Name: | Lang | First Name: | Stephen C. |
| Address: | 25 Burlington Mall Road | Address: | Suite 300 |
| City: | Burlington | State: | MA |
| Zip Code: | 01803 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Noreastco Door and Mill Work, Inc. | First Name: | |
| Address: | 25 Burlington Mall Road | Address: | Suite 300 |
| City: | Burlington | State: | MA |
| Zip Code: | 01803 | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Plaintiff |
| Last Name: | Grosser | First Name: | Howard |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Trustee |
| Last Name: | Frank Ronne & Assoc., Inc. | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Trustee |
| Last Name: | Stoneham Savings Bank | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

# Attorneys Involved

11 Attorneys Involved for Docket: MICV2004-02667

| Attorney Involved: | | Firm Name: | GROS04 |
|---|---|---|---|
| Last Name: | Grosser | First Name: | Frederick C |
| Address: | 766 Falmouth Road | Address: | Suite 4 |
| City: | Mashpee | State: | MA |
| Zip Code: | 02649 | Zip Ext: | |
| Telephone: | 508-477-1181 | Tel Ext: | |
| Fascimile: | 508-477-1209 | Representing: | Grosser, Howard (Plaintiff) |

| Attorney Involved: | | Firm Name: | DONO06 |
|---|---|---|---|
| Last Name: | Samito | First Name: | Christian G |
| Address: | World Trade Center East | Address: | 2 Seaport Lane |
| City: | Boston | State: | MA |
| Zip Code: | 02110 | Zip Ext: | |
| Telephone: | 617-406-4592 | Tel Ext: | |
| Fascimile: | 617-406-4501 | Representing: | Lang, Stephen C. (Defendant) |

| Attorney Involved: | | Firm Name: | DONO06 |
|---|---|---|---|
| Last Name: | Samito | First Name: | Christian G |
| Address: | World Trade Center East | Address: | 2 Seaport Lane |
| City: | Boston | State: | MA |
| Zip Code: | 02110 | Zip Ext: | |
| Telephone: | 617-406-4592 | Tel Ext: | |
| Fascimile: | 617-406-4501 | Representing: | Noreastco Door and Mill Work, Inc., (Defendant) |

| Attorney Involved: | | Firm Name: | DONO06 |
|---|---|---|---|
| Last Name: | Reimer | First Name: | Nancy M |
| Address: | 2 Seaport Lane | Address: | |
| City: | Boston | State: | MA |
| Zip Code: | 02210 | Zip Ext: | |
| Telephone: | 617-406-4521 | Tel Ext: | |
| Fascimile: | 617-406-4501 | Representing: | Lang, Stephen C. (Defendant) |

| Attorney Involved: | | Firm Name: | DONO06 |
|---|---|---|---|
| Last Name: | Reimer | First Name: | Nancy M |
| Address: | 2 Seaport Lane | Address: | |
| City: | Boston | State: | MA |
| Zip Code: | 02210 | Zip Ext: | |
| Telephone: | 617-406-4521 | Tel Ext: | |
| Fascimile: | 617-406-4501 | Representing: | Noreastco Door and Mill Work, Inc., (Defendant) |

| Attorney Involved: | | Firm Name: | GROS04 |
|---|---|---|---|
| Last Name: | Bennett | First Name: | Richard M |
| Address: | 756 Falmouth Road | Address: | Suite 4 RT 28 |
| City: | Mashpee | State: | MA |
| Zip Code: | 02649 | Zip Ext: | |
| Telephone: | 508-477-1181 | Tel Ext: | |
| Fascimile: | 508-477-1209 | Representing: | Grosser, Howard (Plaintiff) |

| Attorney Involved: | | Firm Name: | DONO06 |
|---|---|---|---|
| Last Name: | Reimer | First Name: | Nancy M |
| Address: | 2 Seaport Lane | Address: | |
| City: | Boston | State: | MA |
| Zip Code: | 02210 | Zip Ext: | |
| Telephone: | 617-406-4521 | Tel Ext: | |
| Fascimile: | 617-406-4501 | Representing: | Lang, Stephen C. (Defendant) |

| Attorney Involved: | | Firm Name: | DONO06 |
|---|---|---|---|
| Last Name: | Reimer | First Name: | Nancy M |
| Address: | 2 Seaport Lane | Address: | |
| City: | Boston | State: | MA |
| Zip Code: | 02210 | Zip Ext: | |
| Telephone: | 617-406-4521 | Tel Ext: | |
| Fascimile: | 617-406-4501 | Representing: | Noreastco Door and Mill Work, Inc., (Defendant) |

| Attorney Involved: | | Firm Name: | ECKE01 |
|---|---|---|---|
| Last Name: | Kunian | First Name: | Stephen T |

| | | | | |
|---|---|---|---|---|
| **Address:** | 1 International Place | **Address:** | 18th floor | |
| **City:** | Boston | **State:** | MA | |
| **Zip Code:** | 02110 | **Zip Ext:** | | |
| **Telephone:** | 617-342-6800 | **Tel Ext:** | | |
| **Fascimile:** | 617-342-6899 | **Representing:** | Stoneham Savings Bank, (Trustee) | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | PARK07 | |
| **Last Name:** | Parker | **First Name:** | Nina M | |
| **Address:** | 10 Converse Place | **Address:** | | |
| **City:** | Winchester | **State:** | MA | |
| **Zip Code:** | 01890 | **Zip Ext:** | | |
| **Telephone:** | 781-729-0005 | **Tel Ext:** | | |
| **Fascimile:** | 781-729-0187 | **Representing:** | Noreastco Door and Mill Work, Inc., (Defendant) | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | DAVI04 | |
| **Last Name:** | Davis | **First Name:** | Roger S | |
| **Address:** | 1 Bowdoin Square | **Address:** | Suite 901 | |
| **City:** | Boston | **State:** | MA | |
| **Zip Code:** | 02114 | **Zip Ext:** | 2919 | |
| **Telephone:** | 617-742-4300 | **Tel Ext:** | | |
| **Fascimile:** | 617-742-4304 | **Representing:** | Lang, Stephen C. (Defendant) | |

## Calendar Events

5 Calendar Events for Docket: MICV2004-02667

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 07/06/2004 | 14:00 | Motion/Hearing: prel inj | L | Event held as schedul |
| 2 | 07/19/2004 | 14:00 | Motion/Hearing: prel inj | L | Event held as schedul |
| 3 | 10/12/2004 | 14:00 | Motion/Hearing: order of notice | L | Event held as schedul |
| 4 | 06/14/2005 | 14:00 | Conf: review status | L | |
| 5 | 06/14/2005 | 14:00 | Motion/Hearing: Rule12 to Dismiss | L | |

## Full Docket Entries

108 Docket Entries for Docket: MICV2004-02667

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 07/02/2004 | 1 | Complaint & civil action cover sheet filed |
| 07/02/2004 |   | Origin 1, Type A02, Track F. |
| 07/02/2004 | 2 | Plaintiff Howard Grosser's MOTION for appointment of special process |
| 07/02/2004 | 2 | server Howard A Coleman and Allowed. (Neel, J.) |
| 07/02/2004 | 3 | Affidavit of Howard Grosser |
| 07/02/2004 | 4 | Plaintiff Howard Grosser's MOTION for approval of ex parte Bank |
| 07/02/2004 | 4 | Account Attachment, the within is set down for hearing in Lowell, |
| 07/02/2004 | 4 | July 6, 2004 at 2:00 pm. (Neel, J.) |
| 07/02/2004 | 5 | Plaintiff Howard Grosser's MOTION for ex parte temporary restraining |
| 07/02/2004 | 5 | order and preliminary injunction. Order of notice to issue |
| 07/02/2004 | 5 | returnable in Lowell 7/6/04. (Neel, J.) |
| 07/02/2004 | 6 | Summons and order of notice issued; returnable July 06, 2004 at 2:00 |
| 07/02/2004 | 6 | pm in Lowell. |
| 07/06/2004 |   | Atty. Christian G. Samito's notice of appearance for Defendants |
| 07/06/2004 |   | Stephen C. Lang and Noreastco Door and Millwork, Inc., filed in |
| 07/06/2004 |   | Court. |
| 07/06/2004 | 7 | SERVICE RETURNED: Summons and Order of Notice returned into Court |
| 07/06/2004 | 7 | with Proof of Service on Stephen C. Lang (Defendant). in hd. 7/2/04. |
| 07/06/2004 | 8 | Opposition of Defendant, Stephen C. Lang to Plaintiff's Application |
| 07/06/2004 | 8 | for Ex-Parte Temporary Restraining Order and Preliminary Injunction |
| 07/06/2004 | 8 | filed in Court. |
| 07/15/2004 |   | Notice sent to appear on July 19, 2004 for a hearing on Preliminary |
| 07/15/2004 |   | Injunction. |
| 07/19/2004 |   | Further hearing on Preliminary Injunction held, and Motions for |
| 07/19/2004 |   | Attachments; matter taken under advisement. (Christine M. McEvoy, |
| 07/19/2004 |   | Justice). |
| 07/19/2004 | 9 | Affidavit of Howard Grosser filed. |
| 07/22/2004 |   | MOTION (P#4). After hearings, Motion for Approval of "bank account |
| 07/22/2004 |   | attachment" is hereby Allowed in the amount of Fifty Thousand and |
| 07/22/2004 |   | 00/100 ($50,000.). By the Court, (Christine M. McEvoy, Justice). |
| 07/22/2004 |   | Notices mailed July 23, 2004. |
| 08/06/2004 | 10 | SERVICE RETURNED: (Summons) Noreastco Door and Mill Work, |
| 08/06/2004 | 10 | Inc.(Defendant) in hd. 7/26/04. |
| 08/06/2004 | 11 | SERVICE RETURNED (summons): Stephen C. Lang, service made on July 22, |
| 08/06/2004 | 11 | 2004 (last and usual). |
| 08/06/2004 | 12 | SERVICE RETURNED (trustee summons): Stoneham Savings Bank. in hd, |
| 08/06/2004 | 12 | 7/26/04. |
| 08/09/2004 | 13 | ANSWER: Stephen C. Lang(Defendant) |

| Date | # | Description |
|---|---|---|
| 08/09/2004 | | ANSWER: Noreastco Door and Mill Work, Inc.(Defendant) |
| 08/19/2004 | 14 | ANSWER by trustee: Stoneham Savings Bank as to NO funds |
| 09/14/2004 | 15 | Motion of Defendant Stephen C. Lang to Dismiss Complaint with Opposition |
| 09/14/2004 | 16 | Motion of Defendant Stephen C. Lang to File a Reply Brief in Response to Plaintiff's Opposition to Stephen C. Lang's Motion to Dismiss Complaint with Opposition |
| 10/04/2004 | 17 | Plaintiff Howard Grosser's emergency MOTION to add Frank Ronne & Assoc. Inc., as Trustee and for Approval of Ex-Parte Trustee Attachment in the name of Noreastco Door and Millwork, Inc., Apex Millwork Company, Inc., and Northeastern Door Company, Inc., filed and Motion ALLOWED, attachment granted in the sum of $50,000.00. (Giles, J.). dated September 27, 2004 and entered on docket October 4, 2004. notices mailed October 4, 2004. |
| 10/07/2004 | 22 | Notice of Short ORDER of Notice issued, hereon returnable at the L1 Session on October 12, 2004 at 2:00 p.m. on Motion to Dissolve Ex Parte Trustee Process Attachment, and Request For Reasonable Attorneys' Fees and Costs. (copy given in hd. to Peter F. Carr, I, Esq. this day) |
| 10/07/2004 | 18 | Ex Parte Motion of Trustee Defendant, Stoneham Savings Bank For Short Order for Hearing on Motion to Dissolve Ex Parte Trustee Process Attachments, and Request for Reasonable Attorneys Fees and Costs |
| 10/07/2004 | 19 | Trustee Defendant, Stoneham Savings Bank's MOTION to Dissolve Ex Parte Trustee Process Attatchment, and Request For Reasonable Attorneys' Fees and Costs |
| 10/07/2004 | 20 | Affidavit of Mary McLemore, Vice President of Stoneham Savings Bank |
| 10/07/2004 | 21 | Affidavit of Peter F. Carr, II, Esquire |
| 10/12/2004 | 23 | Defendant, Noreastco Door and Millwork, Inc.'s Jointer in Motion of Stoneham Savings Bank to Dissolve EX PARTE Trustee Process Attachment, Motion to Quash Subpoena of Francis A. Ronne, and Requests for Reasonable Attorneys' Fees and Costs |
| 10/12/2004 | | Paper #19.Motion of Trustee Deft., Stoneham Savings Bank to Dissolve Ex-Parte Trustee Process Attachment and request for Reasonable attys' fees & costs held and taken under advisement. (Chernoff, J.). |
| 10/15/2004 | | MOTION (P#19). Motion to dissolve ex-parte trustee process attachment is ALLOWED. Motions for reasonable attorney's fees and costs are DENIED. See Order dated 10/15/04. (Chernoff, J.). Notices mailed October 19, 2004. |
| 10/15/2004 | | MOTION (P#23). Motion to quash the subpoena of Francis A. Ronne is hereby DENIED without prejudice. See Order dated 10/15/04. By the Court, ( Chernoff, J.). Notices mailed October 19, 2004. |

| Date | # | Description |
|---|---|---|
| 10/19/2004 | 24 | ORDER: Trustee Stoneham Savings Bank's Motion to Dissolve Ex-Parte Trustee Process Attachment is ALLOWED. The Auctioneer, Ronne & Associates, Inc., is hereby ORDERED to turn over to the Clerk of the Court the amount of $50,000.00 to be placed in excrow. If counsel for the parties agree, the Court will change the excrow arrangement to one where insterest will be earned on the dollar amount. Trustee Stoneham Bank's and Defendant Noreastco Door and Millwork, Inc.'s Motions for Reasonable Attorneys' Fees and Costs are hereby DENIED. Defendant Noreastco Door and Millwork, Inc.'s Motion to Quash the Subpoena of Francis A. Ronne is hereby DENIED without prejudice. (Paul A. Chernoff, Justice of the Superior Court. dated October 15, 2004 and entered on October 19, 2004. copies mailed October 19, 2004. |
| 11/03/2004 | | Court received check in the amount of $50,000.00 from Attorney Nancy M. Reimer.(Donovan Hatem LLP) in accordance of court order #24.to be deposited in Escrow Account. |
| 02/25/2005 | 25 | **** Notice of Attorney's Lien filed by Christian G Samito, Nancy M Reimer of Donovan Hatem LLP |
| 03/09/2005 | 25 | Suggestion of bankruptcy by Defendant, Noreastco Door and Mill Work, Inc. |
| 03/14/2005 | 26 | Attorneys' Christian G Samito and Nancy M Reimer of Donovan Hatem LLP's Motion to Withdraw as Counsel of Record for Noreastco Door and Mill Work, Inc. |
| 03/28/2005 | | MOTION (P#26) Motion Allowed. A status conference to be scheduled within 45 days and Mr. Lang and a representive from Noreastco are to attend unless new counsel has been retained in which event counsel will attend. (Paul A Chernoff, Justice). Notices mailed April 01, 2005 |
| 05/13/2005 | | Notice sent to appear on June 14, 2005 for a hearing on Plaintiff's Motion to Dismiss; With Opposition |